**UNITED STATES COURT OF INTERNATIONAL TRADE**

**BEFORE: THE HONORABLE JANE A. RESTANI, SENIOR JUDGE**

|  |  |  |
|---|---|---|
| CABINETWORKS GROUP MIDDLEFIELD, LLC, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Court No. 21-00499 |
| UNITED STATES, | ) ) | |
| Defendant. | ) ) | |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that the undersigned will no longer be with U.S. Customs and

Border Protection as of April 24, 2026 and may be removed as counsel for U.S. Customs and

Border Protection in this matter.

Respectfully submitted,

Dated: April 15, 2026

/s/ Zachary Simmons
Attorney
U.S. Customs and Border Protection
26 Federal Plaza, Suite 258
New York, NY 10278
(646) 341-2726
zachary.s.simmons@cbp.dhs.gov