**UNITED STATES COURT OF INTERNATIONAL TRADE**                    FORM 12

CABINETWORKS GROUP MIDDLEFIELD,
formerly known as MASCO CABINETRY
MIDDLEFIELD, LLC,

Plaintiff,

v.

**UNITED STATES OF AMERICA,**

Defendant.

Court No.        21-00499

### NOTICE OF SUBSTITUTION OF ATTORNEY

**PLEASE TAKE NOTICE** that Sarah M. Wyss of Mowry & Grimson, PLLC

has been substituted as attorney of record for plaintiff         in this action in place of

Patrick David Gill, Jason Matthew Kenner and William F. Marshall of Sandler, Travis & Rosenberg, PA        .

Dated: May 8, 2026

By: _Ryan S. Quinn_

Signature of Client

\* \* \* \* \* \* \* \* \*

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby appears in this action

as attorney for CABINETWORKS GROUP MIDDLEFIELD, formerly known as MASCO CABINETRY

MIDDLEFIELD, LLC                                    , the plaintiff        herein,

and requests that all papers in connection therewith be served upon him

The individual attorney in the undersigned firm, corporate law department, or the

Government, who is responsible for the litigation, is Sarah M. Wyss        .

Name

Dated: May 8, 2026                Sarah M. Wyss

Signature

Firm

Mowry & Grimson, PLLC

Street Address

5335 Wisconsin Avenue, NW, Suite 810

City, State and Zip Code

Washington, DC 20015

Telephone Number

202-688-3610

E-mail address

By: Sarah M. Wyss

New Attorney of Record

(As amended June 5, 2015, eff. July 1, 2015; Oct. 23, 2025, eff. Dec. 1, 2025.)